```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 23624
   JERI DAVIDSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6259


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was paid in full 12/30/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY       13055.82          .00        13055.82
INTERNAL REVENUE SERVICE  UNSECURED       2356.00          .00          235.60
RESURGENT CAPITAL SERVIC  UNSECURED       2755.49          .00          275.55
ECAST SETTLEMENT CORP     UNSECURED       3238.06          .00          323.81
LVNV FUNDING LLC          UNSECURED       5328.75          .00          532.88
CITIFINANCIAL             FILED LATE      5369.47          .00             .00
ECAST SETTLEMENT CORP     UNSECURED       9252.45          .00          925.25
NICOLE G LAWSON           DEBTOR ATTY     1,900.00                    1,900.00
TOM VAUGHN                TRUSTEE                                     1,136.53
DEBTOR REFUND             REFUND                                        414.56

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE              18,800.00

PRIORITY                                       13,055.82
SECURED                                              .00
UNSECURED                                       2,293.09
ADMINISTRATIVE                                  1,900.00
TRUSTEE COMPENSATION                            1,136.53
DEBTOR REFUND                                     414.56
                     ---------------         ---------------
TOTALS               18,800.00                 18,800.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE